**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6809**

_____

RICHARD J. HARLEY,

                              Petitioner - Appellant,

        versus

ROBERT P. SHEARIN,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
03-711-CCB)

_____

Submitted:  July 10, 2003          Decided:  July 17, 2003

_____

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard J. Harley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard J. Harley, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and his motions for release and to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Harley v. Shearin, No. CA-03-711-CCB (D. Md. filed Mar. 26, 2003, entered Mar. 27, 2003; filed Apr. 4, 2003, entered Apr. 7, 2003; filed Apr. 24, 2003, entered Apr. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED